IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR270 |
| v. | ) | |
| | ) | |
| KEVIN A. BROWN, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |
| | ) | |

Defendant has moved for release from custody to reside at Williams Prepared Place, a religion-oriented, "transitional housing and personal development program" in Omaha.  I shall deny the motion.

By my rough count, the defendant, a nearly-22-year-old, has spent approximately 1,253 days incarcerated since his 18th birthday.  He has been the subject of twelve bench warrants and fourteen charges of failures to appear in court.  He has fully demonstrated he has no respect for the law, court orders, or the rights of others.  To release him would be at best, folly.

IT THEREFORE HEREBY IS ORDERED,

The motion, filing 23, is denied.

DATED this 31st day of October, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge