IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR270 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KEVIN R. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the plaintiff, and without objection by the defendant,

IT IS ORDERED that the defendant's revocation hearing is rescheduled to Tuesday, April 28, 2009, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

April 15, 2009.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge