IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR270 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KEVIN R. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and to wait for the receipt of transfer paperwork from the Southern District of Iowa,

IT IS ORDERED that Defendant Brown's revocation hearing is rescheduled to Tuesday, May 19, 2009, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

April 28, 2009.              BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge