IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR270 |
| | ) | 4:09CR3059 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| KEVIN ANTOINE BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

Because there is no showing of justification,

IT IS ORDERED that the defendant's letters (filing 75 in Case No. 8:05CR270; filing 11 in Case No. 4:09CR3059), treated as motions for copies of the docket sheets, are denied.

Dated July 2, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge